**FOR PUBLICATION**                                                                 **CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OPTA SYSTEMS, LLC | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-5387 (JAP) |
| | : **ORDER ADOPTING THE REPORT** |
| DAEWOO ELECTRONICS AMERICA, et al., | : **AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |
| Defendants. | : |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Tonianne J. Bongiovanni, filed on March 20, 2007; and the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown, **IT IS**

**ON** this 4th day of April, 2007,

**ORDERED** that the Report and Recommendation of Magistrate Judge Bongiovanni filed on March 20, 2007, recommending that Plaintiff's complaint be dismissed with prejudice and that Default Judgment be entered in favor of Defendants on their counterclaim is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and

**FURTHER ORDERED** that Plaintiff, Opta System, LLC's complaint is dismissed; and

**FURTHER ORDERED** that Default Judgment is entered in favor of Defendants on their counterclaim against Plaintiff; and

**FURTHER ORDERED** that this case is closed.

**SO ORDERED.**

/s/ JOEL A. PISANO
United States District Judge